FILED
AUG 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Penafu Nena Mudung
*Petitioner*

v.

ICE
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 1:18CV 01140 SAB HC
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Penafu Nena Mudung
   (b) Other names you have used: None
2. Place of confinement:
   (a) Name of institution: Mesa Verde Detention Center
   (b) Address: 425 Golden State Avenue
   Bakersfield, CA 93301
   (c) Your identification number: A077471397
3. Are you currently being held on orders by:
   ☐ Federal authorities ☐ State authorities ☑ Other - explain:
   I'm being held on a order of removal pending since Dec 2, 2008
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Order of removal

RECEIVED
AUG 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

- ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
- ☐ Pretrial detention
- ☑ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other *(explain)*: ____________

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Mesa verde Detention Center 425 Golden State Avenue Bakersfield, CA 93301

(b) Docket number, case number, or opinion number: ____________

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: I have been held here in Detention Center by immigration since Feb 28, 2018 and I still haven't gotten an answer from my deportation officer rather I'm gonna get deported or release to my family

(d) Date of the decision or action: 08/21/2018

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ____________

(2) Date of filing: ____________

(3) Docket number, case number, or opinion number: ____________

(4) Result: ____________

(5) Date of result: ____________

(6) Issues raised: ____________

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❒ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: I have never file an appeal because I was ready to be deported back in 2008 but Sudan didn't issue me a travel document so I was release on Supervision within 90days of order of removal

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☑ Yes        ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: Feb 28, 2018
(b) Date of the removal or reinstatement order: Dec 02, 2008
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes        ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes        ☑ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Prolonging Detention

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have been held in Detention by immigration since feb 28, 2018 and still my Deportation Officer hasn't given me no answer whether I'm getting deported or release on supervision.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☒ No

**GROUND TWO:** I have two kids who are u.s citizen and they need my support.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Sudan government don't acknowledge me as a Sudanese citizen because I was born during the Sudan civil war and I have never gotten a birth certificate to prove I'm Sudanese citizen.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☒ No

**GROUND THREE:** Nothing has change in Sudan since I have been order removal accept the country gotten separate

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Sudan still got the Same President and he still has a international warrant for his arrest on war crime for killing Sudanese civilian

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☒ No

**GROUND FOUR:** I have always check in when I was on supervision with immigration

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have a address to where I'm going to live if they release me on supervision and they could always pick me up to deport me when they finely get my travel document.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: At first when I came to this facility my deportation officer tryed to deport me to South Sudan but the South Sudanese government deny me at the time as there citizen because I was born in the Blue-Nile Region which is in North Sudan, and our peoples are still fighting with North Sudan government facts. I don't know if the U.S government just trying to deport me anywhere they can.

**Request for Relief**

15. State exactly what you want the court to do: I want to be release back on supervision or deported to North Sudan not South Sudan.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
08/21/2018

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 08/21/2018

P. Mudung
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Please read this ↓

Around April 16, 2018 I had a telephone interview with the Government of South Sudan and they Deny me as a South Sudan Citizen because I'm from the Blue-nile Region which is in Sudan So my deportation Officer had Scheduled another telephone interview with North Sudan Government within two weeks after South Sudan one which he was calming that he was waiting on there answer But now I have just gotten another 90 days review which State that a Decision to continue my Dentention basic on ICE Currently Working with the government of South Sudan to Secure a travel document for my removal from the United States. I'm from North Sudan not South Sudan.