# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENAPU NENA MUDUNG,<br><br>        Petitioner,<br><br>   v.<br><br>ICE,<br><br>        Respondent. | Case No. 1:18-cv-01140-SAB-HC<br><br>ORDER TO RESPOND<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

    Petitioner is an immigration detainee proceeding *pro se* with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    The Court has conducted a preliminary review of the Petition, which challenges Petitioner's prolonged detention pending removal. Petitioner currently is detained at the Mesa Verde Detention Facility in Bakersfield, California. It is not clear from the face of the Petition whether Petitioner is entitled to relief. 28 U.S.C. § 2243.

    Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases,[1] the Court HEREBY ORDERS:

    1.    Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the Petition. See Rule 4, Rules Governing Section 2254

---

[1] The Rules Governing Section 2254 Cases apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254.).

Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-74 (9th Cir. 1985) (court has discretion to fix time for filing a response). A Response can be made by filing one of the following:

    A.    AN ANSWER addressing the merits of the Petition. Any argument by Respondent that Petitioner has procedurally defaulted a claim SHALL BE MADE in the ANSWER, but must also address the merits of the claim asserted.

    B.    A MOTION TO DISMISS the Petition.

2. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. <u>See</u> Rule 5(c), Rules Governing Section 2254 Cases.

3. If Respondent files an Answer to the Petition, Petitioner MAY FILE a Traverse within **THIRTY (30) days** of the date Respondent's Answer is filed with the Court. If no Traverse is filed, the Petition and Answer are deemed submitted at the expiration of the thirty days.

4. If Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition or Statement of Non-Opposition within **TWENTY-ONE (21) days** of the date Respondent's Motion is filed with the Court. Any Reply to an Opposition to the Motion to Dismiss SHALL be filed within **SEVEN (7) days** after the opposition is served. The Motion to Dismiss will be deemed submitted **TWENTY-EIGHT (28) days** after the service of the Motion or when the Reply is filed, whichever comes first. <u>See</u> Local Rule 230(l).

5. Respondent SHALL COMPLETE and RETURN to the Court within **THIRTY (30) days** a Consent/Decline form indicating whether Respondent consents or declines to consent to the jurisdiction of a United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

///

6. The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a copy of the petition on the Office of the United States Attorney for the Eastern District of California and an agent for the appropriate Correctional Institution, if applicable.

IT IS SO ORDERED.

Dated:   **August 28, 2018**

UNITED STATES MAGISTRATE JUDGE